```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                        CIVIL MINUTES-GENERAL


Case No.  CV 05-7160-ABC (OP)            Date:  December 22, 2009

Title: Joseph D. Greene v. J. L. Norwood
================================================================================
                                          ☐    U.S. DISTRICT JUDGE
  PRESENT: THE HONORABLE     OSWALD PARADA

                                          ☒    MAGISTRATE JUDGE


    Maynor Galvez                 N/A                          N/A
    Deputy Clerk          Court Reporter / Recorder          Tape No.


 ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
             NONE                                   NONE


 PROCEEDINGS:   (IN CHAMBERS: ORDER TO SHOW CAUSE)
```

On October 3, 2005, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2241.  On November 4, 2005, Respondent filed a Response to the Petition.  On January 13, 2006, Petitioner filed a Traverse to the Response.  On October 16, 2009, the Court issued its Report and Recommendation of United States Magistrate Judge ("R&R"), a copy of which was mailed to Petitioner at his last known address, i.e., Federal Correctional Complex, P.O. Box 5300, Victorville, CA 92301.  On October 26, 2009, the R&R was returned to the Court with the notations "Not Deliverable as Addressed Unable to Forward."

Local Rule 41-6 of this Court provides as follows:
> "A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any.  If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such petitioner fails to notify, in writing, the Court and opposing parities of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Petitioner has failed to comply with Local Rule 41-6 by failing to notify the Court of his current address.  To date, the Court is unaware of Petitioner's current address.  Although the Court could forward the R&R

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 05-7160-ABC (OP)              Date:  December 22, 2009

Title: Joseph D. Greene v. J. L. Norwood
                                                                    Page 2

to the District Judge for final decision on the merits, given Petitioner's failure to comply with Local Rule 41-6, the Court does not believe Petitioner's conduct evidences his intent to continue to prosecute this action.  Thus, the Court is not inclined to expend additional resources by addressing the Petition on the merits.

Accordingly, Petitioner is ordered to show cause no later than January 19, 2010, why this case should not be dismissed for failure to prosecute. Filing of Petitioner's current contact information in compliance with Local Rule 41-6 on or before January 19, 2010, shall be deemed compliance with this Order to Show Cause.  Petitioner's failure to do so by the date indicated shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

cc:   All Parties of Record

                                    Initials of Deputy Clerk____MG____

CV-90 (10/98)
CIVIL    MINUTES   -    GENERAL